# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151317

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                     SC: 151317
                                     COA: 325681

DAVID GEORGE BOUDRIE SR,
          Defendant-Appellant.
                                     Iosco CC: 13-008037-FH

_____/

On order of the Court, the application for leave to appeal the March 5, 2015 order of the Court of Appeals is considered. We DIRECT the Iosco County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecuting attorney's answer shall include a discussion of whether the preponderance of the evidence supports the trial court's scoring of Offense Variable 3, MCL 777.33.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015



Clerk

p1118